UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE CROWDSTRIKE HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 1:24-cv-01031-RP |
| This Document Relates to:<br><br>ALL ACTIONS | |

**PARTIES' AGREED MOTION TO VACATE NOVEMBER 21, 2024 ORDER (ECF NO. 13) AND AMENDED MOTION TO STAY AND CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS, AND FOR ADDITIONAL RELIEF REQUESTED BY PLAINTIFFS AS TO WHICH DEFENDANTS TAKE NO POSITION**

Nominal defendant CrowdStrike Holdings, Inc. ("CrowdStrike" or the "Company"), together with George Kurtz, Gerhard Watzinger, Roxanne Austin, Cary Davis, Johanna Flower, Sameer Gandhi, Denis O'Leary, Laura Schumacher, Godfrey Sullivan, Michael Sentonas, and Burt Podbere (the "Individual Defendants" and, together with the Company, "Defendants"), and plaintiffs Jordan Routh, Alisa Alfonsi, and Nathan Silva (collectively, "Plaintiffs," and together with Defendants, the "Parties"), hereby respectfully jointly move to amend the Agreed Motion to Stay Case and Consolidate Related Shareholder Derivative Actions, and for Additional Relief Requested by Plaintiffs as to Which Defendants Take No Position, and the associated Proposed Order (the "Agreed Motion and Proposed Order"), previously filed at ECF No. 5, and to correct the Court's Order granting the Agreed Motion and Proposed Order (the "Order"), entered at ECF No. 13, to reflect the inclusion of George Kurtz among the Individual Defendants in this Consolidated Action.

WHEREAS, the Parties filed the Agreed Motion and Proposed Order on November 20, 2024 (ECF No. 5);

WHEREAS, the Court granted the Agreed Motion and Proposed Order, and entered the Order, on November 21, 2024 (ECF No. 13);

WHEREAS, it has since come to the Parties' attention that George Kurtz was inadvertently omitted from the list of Individual Defendants recited in the introductory paragraphs of the Agreed Motion and Proposed Order, as well as the introductory paragraph of the Order;

WHEREFORE, the Parties respectfully request that the Court vacate the Court's November 21, 2024 Order (ECF No. 13) and enter a corrected Order reflecting the inclusion of George Kurtz among the Individual Defendants in this Consolidated Action.

Respectfully submitted,

DATED: November 26, 2024

**THE BROWN LAW FIRM, P.C.**

/s/ Saadia Hashmi
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net
Email: shashmi@thebrownlawfirm.net

*Counsel for Plaintiff Routh and [Proposed] Co-Lead Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**

Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Email: gegleston@gme-law.com

*Counsel for Plaintiff Alfonsi and [Proposed] Co-Lead Counsel for Plaintiffs*

/s/  Timothy J. MacFall
**RIGRODSKY LAW, P.A**

Seth D. Rigrodsky
Timothy J. MacFall
Vincent Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: vl@rl-legal.com

*Counsel for Plaintiff Silva*

**GRABAR LAW OFFICES**
Joshua H. Grabar
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff Silva*

DATED: November 26, 2024               **KIRKLAND & ELLIS LLP**

*/s/ Zack C. Ewing*
Zack C. Ewing
State Bar No. 24113650
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9050
Facsimile: (512) 678-9101
zack.ewing@kirkland.com

Sandra C. Goldstein, P.C. (*pro hac vice forthcoming*)
Kevin M. Neylan, Jr. (*pro hac vice forthcoming*)
601 Lexington Avenue
New York, NY 10022
Telephone: 212 446 4779
Email: sandra.goldstein@kirkland.com
Email: kevin.neylan@kirkland.com

*Counsel for Defendants*

Case 1:24-cv-01031-RP   Document 14   Filed 11/26/24   Page 4 of 4