**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE CROWDSTRIKE HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No.: 1:24-cv-01031-RP |

# STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ROBERT PITMAN:

Nominal defendant CrowdStrike Holdings, Inc. ("CrowdStrike" or the "Company"), together with George Kurtz, Gerhard Watzinger, Roxanne Austin, Cary Davis, Johanna Flower, Sameer Gandhi, Denis O'Leary, Laura Schumacher, Godfrey Sullivan, Michael Sentonas, and Burt Podbere (the "Individual Defendants" and, together with the Company, "Defendants"), and plaintiffs Jordan Routh, Alisa Alfonsi, and Nathan Silva (collectively, "Plaintiffs," and together with Defendants, the "Parties"), hereby respectfully submit this Stipulation to voluntarily dismiss the above-captioned action without prejudice and with each party to bear its own costs.

WHEREAS, on September 4, 2024, plaintiff Jordan Routh filed a shareholder derivative action on behalf of nominal defendant CrowdStrike in this Court against defendants George Kurtz, Burt W. Podbere, Roxanne S. Austin, Cary J. Davis, Johanna Flower, Sameer K. Gandhi, Denis J. O'Leary, Laura J. Schumacher, Godfrey R. Sullivan, and Gerhard Watzinger, captioned as *Routh v. Kurtz et al.*, Case No. 1:24-cv-01031-RP (the "*Routh* Action");

WHEREAS, on September 11, 2024, plaintiff Alisa Alfonsi filed a shareholder derivative action on behalf of nominal defendant CrowdStrike in this Court against George Kurtz, Burt W. Podbere, Gerhard Watzinger, Roxanne Austin, Cary Davis, Johanna Flower, Sameer Gandhi, Denis O'Leary, Laura Schumacher, and Godfrey Sullivan, captioned as *Alfonsi v. Kurtz et al.*, Case No. 1:24-cv-01075-RP (the "*Alfonsi* Action");

WHEREAS, on September 20, 2024, plaintiff Nathan Silva filed a shareholder derivative

action on behalf of nominal defendant CrowdStrike in this Court against Gerhard Watzinger, George Kurtz, Roxanne Austin, Cary Davis, Johanna Flower, Sameer Gandhi, Denis O'Leary, Laura Schumacher, Godfrey Sullivan, Michael Sentonas, and Burt Podbere, captioned as *Silva v. Watzinger et al.*, Case No. 1:24-cv-01116-RP (the "*Silva* Action");

WHEREAS, on December 2, 2024, the Court ordered that the *Routh* Action, *Alfonsi* Action, and *Silva* Action be consolidated for all purposes under Case No. 1:24-cv-01031-RP (the "Consolidated Action"), and that the Consolidated Action be stayed in its entirety pending the entry of a final judgment in the related securities class action captioned *In re CrowdStrike Holdings, Inc. Securities Litigation*, No. 1:24-cv-00857 (W.D. Tex.) (the "Securities Action"), including after any appeals have been pursued and exhausted ("the Stay");

WHEREAS, on March 30, 2026, the Parties submitted a Stipulation Regarding Resolution of Related Securities Action (ECF No. 23) informing the Court that: (1) the Court dismissed the Securities Action in its entirety without prejudice, the Court entered a final judgment and closed the Securities Action, and no appeal was filed by the statutory deadline; (2) the Stay in the Consolidated Action was no longer in effect; and (3) by April 14, 2026, the Consolidated Action would be voluntarily dismissed or the Parties would submit a proposed briefing schedule for Defendants' anticipated motion to dismiss the Consolidated Action;

WHEREAS, the Court so-ordered the Stipulation on March 31, 2026;

WHEREAS, the Parties have met and conferred;

WHEREAS, pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c), Plaintiffs seek to voluntarily dismiss the Consolidated Action in its entirety without prejudice; and

WHEREAS, notice to CrowdStrike shareholders of the voluntary dismissal is not required in this instance because: (i) there has been no settlement or compromise of this Consolidated

Action; (ii) there has been no collusion among the Parties; (iii) neither Plaintiffs nor their counsel have received or will receive, directly or indirectly, any consideration from Defendants in connection with the dismissal; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or CrowdStrike shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

NOW, THEREFORE, the Parties jointly request that the Court enter an Order pursuant to Fed. R. Civ. P. 41(a) and 23.1(c), that:

1. The Consolidated Action is dismissed without prejudice.

2. The Parties shall bear their own respective attorneys' fees, costs, and expenses; and

3. For the reasons stated above, no notice of the dismissal is required under Rule 23.1(c).

DATED: April 14, 2026

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Saadia Hashmi*
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net
Email: shashmi@thebrownlawfirm.net

*Counsel for Plaintiff Jordan Routh and Co-Lead Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*
Thomas J. McKenna
260 Madison Ave., 22nd Floor

New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com

*Counsel for Plaintiff Alisa Alfonsi and Co-Lead Counsel for Plaintiffs*

**THE BRISCOE LAW FIRM, P.C.**
Willie C. Briscoe
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: (972) 521-6868
Email: wbriscoe@briscoelawfirm.com

*Local Counsel for Plaintiff Nathan Silva*

**RIGRODSKY LAW, P.A**

*/s/ Seth D. Rigrodsky* ________________
Seth D. Rigrodsky
Vincent Licata
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7690
Email: sdr@rl-legal.com
Email: vl@rl-legal.com

**GRABAR LAW OFFICES**
Joshua H. Grabar
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Nathan Silva*

DATED: April 14, 2026

**SCOTT DOUGLASS & McCONNICO LLP**

*/s/ Steven J. Wingard*________________
Steven J. Wingard (State Bar No. 00788694)
Santosh Aravind (State Bar No. 24095052)
Robert “Robby” Earle (State Bar No. 24124566)
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300

Facsimile: (512) 495-6399
Email: swingard@scottdoug.com
Email: saravind@scottdoug.com
Email: rearle@scottdoug.com

**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
Email: sandra.goldstein@kirkland.com
Email: kevin.neylan@kirkland.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Steven J. Wingard*
Steven J. Wingard